# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2443
Lower Tribunal No. 23-CA-19-P
_____

**Richard Beckman and Diane Beckman,**
Petitioners,

vs.

**Board of County Commissioners of
Monroe County, Florida,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Monroe County, James W. Morgan, III, Judge.

Andrew M. Tobin, P.A., and Andrew M. Tobin (Tavernier), for petitioners.

Vose Law Firm, LLP, and Paul R. Waters, Taylor Rachel Simonds, and Gretchen R.H. Vose (Winter Park), for respondent.

Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

Petitioners Richard Beckman and Diane Beckman seek a writ of certiorari, quashing three orders issued by the trial court. Having thoroughly reviewed the arguments of the parties and the record before us, we hereby dismiss. See Belair v. Drew, 770 So. 2d 1164, 1166 (Fla. 2000) ("For an appellate court to review a nonfinal order by petition for certiorari, the petitioner must demonstrate that the trial court departed from the essential requirements of the law, thereby causing irreparable injury which cannot be adequately remedied on appeal following final judgment."); Jaye v. Royal Saxon, Inc., 720 So. 2d 214, 215 (Fla. 1998) ("[A]s a condition precedent to invoking a district court's certiorari jurisdiction, the petitioning party must establish that it has suffered an irreparable harm that cannot be remedied on direct appeal."); Damsky v. Univ. of Miami, 152 So. 3d 789, 792 (Fla. 3d DCA 2014) ("Unless the petitioner establishes irreparable harm, the court must dismiss the petition for lack of jurisdiction.").

Petition dismissed.